# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| KEVIN COLLINS, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 1:14-cv-197-NT |
| RODNEY BOUFFARD, Warden, Maine State Prison, | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 1, 2014 his Recommended Decision (ECF No. 19). The Plaintiff filed his Objection to the Recommended Decision (ECF No. 20) on December 23, 2014. Defendant did not file a response to the Plaintiff's Objection.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is

necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is further **ORDERED** that the Petitioner's 28 U.S.C. § 2254 Petition (ECF No. 1) be and hereby is **DENIED**.

3. It is further **ORDERED** that no certificate of appealability should issue in the event the Plaintiff files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

/s/ Nancy Torresen
United States Chief District Judge

Dated this 20th day of January, 2015.